COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: SAUL ROMERO, | § | |
| | § | No. 08-09-00099-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator has filed a *pro se* petition for writ of mandamus requesting that this Court order the El Paso County District Clerk to file his "Notice to Sue Plaintiff's State Constitutional Claim for Wrongful Imprisonment and for Damages."

This Court does not have the authority to issue a writ of mandamus against a private party. *See* TEX.GOV'T CODE ANN. § 22.221(a) (Vernon 2004). Therefore, mandamus relief is denied.


GUADALUPE RIVERA, Justice

May 27, 2009

Before Chew, C.J., McClure, and Rivera, JJ.